IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.R., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 13-2931 |
| | : | |
| COUNTY OF DELAWARE, et. al., | : | |
|     Defendants. | : | |

# O R D E R

**AND NOW**, this __26TH__ day of November, 2013, upon consideration of Defendants Steven Akpunonu and County of Delaware's Motion to Dismiss (Doc. No. 23) and Plaintiff's response in opposition (Doc. No. 26) and Defendant Donald Havens' Motion to Dismiss (Doc. No. 24) and Plaintiff's response in opposition (Doc. No. 25), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

(1) The Motion to Dismiss (Doc. No. 23) is **GRANTED** as to the claims against Defendant Akpunonu in his individual capacity and **DENIED** as to the *Monell* claim (Count I) and the ADA and RA claim (Count II) against the County.

(2) Defendant Havens' Motion to Dismiss (Doc. No. 24) is **GRANTED.**

BY THE COURT:

/s/ Lynne A. Sitarski

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE