# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **T.R.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 13-2931 |
| | : | |
| **COUNTY OF DELAWARE,** | : | |
| **Defendant.** | : | |

## **O R D E R**

AND NOW, this   22ND   day of August, 2014, upon consideration of Defendant Delaware County's Motion for Summary Judgment and Statement of Undisputed Material Facts (Doc. Nos. 39, 40), Plaintiff's Response and "Statement of Disputed of Undisputed Facts" (Docs. No. 44-45), and for the reasons set forth in the accompanying Memorandum, IT IS HEREBY ORDERED that the motion is GRANTED.  Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Clerk is directed to mark this case as CLOSED.

BY THE COURT:


   /s/ Lynne A. Sitarski                          

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE